**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| IN RE: BABY FOOD PRODUCTS LIABILITY LITIGATION | Case No. 24-MD-3101-JSC<br><br>MDL 3101 |
| This document relates to:<br><br>ALL ACTIONS | [~~PROPOSED~~] **ORDER DISMISSING CLAIMS OVER WHICH THE COURT HAS NO SUBJECT MATTER JURISDICTION** |

Pursuant to the stipulation of the parties, the Court hereby ORDERS that the cases identified on Exhibit A shall be dismissed without prejudice for lack of subject matter jurisdiction. The clerk shall file this order in each case identified on Exhibit A.

**IT IS SO ORDERED.**

Dated: May 26, 2026

_____
**Honorable Jacqueline Scott Corley**
United States District Judge

JOINT FILING REGARDING SUBJECT MATTER JURISDICTION AND [PROPOSED] ORDER
CASE NO. 24-MD-3101-JSC